**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01545-CV

### IN THE MATTER OF DEMPSTER A. ROSS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

## ORDER

On February 19, 2020, after being notified by the trial court clerk that no final judgment had yet been signed, we ordered appellant to file a letter brief addressing the Court's jurisdiction in light of the lack of judgment. Since then, a supplemental clerk's record has been filed containing a copy of the final judgment.

As a final judgment has been rendered, we **VACATE** our February 19th order directing appellant to file a jurisdictional letter brief. And, as our jurisdiction is no longer at issue, we **ORDER** court reporter Destiny M. Moses to file the reporter's record no later than March 26, 2020.

We **DIRECT** the Clerk of the Court to send appellant a copy of the supplemental clerk's record.   We further **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Moses and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE